McCARTHY, JOHNSON & MILLER
LAW CORPORATION
LORI A. NORD, ESQ., #87993
595 Market Street, Suite 2200
San Francisco, CA  94105
Telephone:  (415) 882-2992
Facsimile:  (415) 882-2999
e-mail:    lnord@mjmlaw.us

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE U.A. LOCAL NO. 343 PLUMBERS AND STEAMFITTERS MANAGED HEALTH CARE TRUST FUND; BOARD OF TRUSTEES OF THE U.A. LOCAL NO. 343 PENSION TRUST FUND; BOARD OF TRUSTEES OF THE U.A. LOCAL NOS. 343 AND 355 DEFINED CONTRIBUTION PLAN; BOARD OF TRUSTEES OF THE  U.A. LOCAL NO. 343 JOURNEYMAN AND APPRENTICE TRAINING TRUST FUND; AND BOARD OF TRUSTEES OF THE U.A. LOCAL NO. 343 LABOR MANAGEMENT COOPERATION COMMITTEE TRUST FUND,<br><br>                    Plaintiffs,<br><br>      v.<br><br>R T/D T, Inc., a California Corporation, d/b/a THOMAS PLUMBING,<br><br>                    Defendant. | No.  3:11-cv-04414 JSC<br><br>**NOTICE AND ORDER RE DISMISSAL** |

PLAINTIFFS HEREBY request that the above-entitled action be dismissed pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: November 29, 2011                             McCARTHY, JOHNSON & MILLER
                                                                              LAW CORPORATION


                                                                    By: /s/_____
                                                                          LORI A. NORD
                                                                          Attorneys for Plaintiffs

1 | SO ORDERED:

3 | Dated: _November 29, 2011_ _____
4 | JUDGE
  | United States District Court