| | |
|---|---|
| 1 | McCARTHY, JOHNSON & MILLER |
|   | LAW CORPORATION |
| 2 | LORI A. NORD, ESQ., #87993 |
|   | 595 Market Street, Suite 2200 |
| 3 | San Francisco, CA  94105 |
|   | Telephone:  (415) 882-2992 |
| 4 | Facsimile:  (415) 882-2999 |
|   | e-mail:    lnord@mjmlaw.us |
| 5 | |
|   | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE U.A. LOCAL NO. 343 PLUMBERS AND STEAMFITTERS MANAGED HEALTH CARE TRUST FUND; BOARD OF TRUSTEES OF THE U.A. LOCAL NO. 343 PENSION TRUST FUND; BOARD OF TRUSTEES OF THE U.A. LOCAL NOS. 343 AND 355 DEFINED CONTRIBUTION PLAN; BOARD OF TRUSTEES OF THE  U.A. LOCAL NO. 343 JOURNEYMAN AND APPRENTICE TRAINING TRUST FUND; AND BOARD OF TRUSTEES OF THE U.A. LOCAL NO. 343 LABOR MANAGEMENT COOPERATION COMMITTEE TRUST FUND,<br><br>                 Plaintiffs,<br><br>    v.<br><br>R T/D T, Inc., a California Corporation, d/b/a THOMAS PLUMBING,<br><br>                 Defendant. | No.  3:11-cv-04414 JSC<br><br>**NOTICE AND ORDER RE DISMISSAL** |

PLAINTIFFS HEREBY request that the above-entitled action be dismissed pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: November 29, 2011

McCARTHY, JOHNSON & MILLER
      LAW CORPORATION

By: /s/_____
    LORI A. NORD
    Attorneys for Plaintiffs

1 | SO ORDERED:

Dated: _November 29, 2011_  

*Jacqueline S. Corley*
JUDGE
United States District Court